NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRISTOBAL RAMOS QUIROZ,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1851

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00060-AOB, Judge Armando O. Bonilla.

---

**ON MOTION**

---

Before LOURIE, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

It appears that the trial court improvidently docketed Cristobal Ramos Quiroz's filing as a notice of appeal rather than a new case and has since corrected that error.  The United States now moves without opposition to dismiss.

Upon consideration thereof,

2                                                                        QUIROZ v. US

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted.

(2)  All other pending motions are denied.

(3)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 22, 2024
Date